UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cassandra C. Weinberg,

Plaintiff,

vs.

J&B Wholesale Distributing, Inc.,

Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE** AND ORDER

Court File No. 01-725DWF/AJB

The above-entitled action, having been fully compromised and settled,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without further costs to any of the parties.

IT IS FURTHER STIPULATED AND AGREED that any of the parties, without notice to the other, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

NICHOLS, KASTER & ANDERSON, PLLP

By [signature]
J. Poage Anderson (166194)
Attorneys for Plaintiff
4644 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 338-1919

Dated: 11/26, 2001

DEC 06 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD DEC 06 2001
DEPUTY CLERK

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By [signature]
Nell E. Mathews (16852X)
Attorneys for Defendant
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-8970

Dated: 10/31, 2001

**ORDER**

Pursuant to the foregoing Stipulation, the above-entitled action is hereby dismissed with prejudice and without cost to any party and judgment may be entered accordingly.

BY THE COURT:

[signature]
Judge of District Court

Dated: December 6, 2001